Certificate Number: 14912-ILN-DE-033144285

Bankruptcy Case Number: 19-20075



14912-ILN-DE-033144285

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 22, 2019, at 7:37 o'clock PM EDT, Sterling Nash completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date: July 22, 2019  By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor